# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2015 WY 151

*October Term, A.D. 2015*

<u>**December 2, 2015**</u>

PEDRO ORLANDO ALVALLE,

**Appellant**
**(Defendant),**

**v.**                                                                                S-15-0166

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

---

### ORDER AFFIRMING THE DISTRICT COURT'S "NOTICE REGARDING REQUEST FOR CREDIT FOR GOOD TIME"

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Appellant filed this appeal to challenge the district court's May 18, 2015, "Notice Regarding Request for Credit for Good Time."

[¶2]    On September 30, 2015, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). The same day, this Court entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief." This Court ordered that, on or before November 17, 2015, Appellant "may file with this Court a *pro se* brief specifying the issues he would like this Court to consider in this appeal." This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal." This Court notes that Appellant has not filed a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the record and the "*Anders* brief" submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be

granted and the district court's "Notice Regarding Request for Credit for Good Time" should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant, Pedro Orlando Alvalle, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the district court's May 18, 2015, "Notice Regarding Request for Credit for Good Time" be, and the same hereby is, affirmed.

[¶6]    **DATED** this 2nd day of December, 2015.

**BY THE COURT:**

/s/

**E. JAMES BURKE**
**Chief Justice**
